**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-10759

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

ARNOLD CLAYTON,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:13-cr-00002-MMH-MCR-1

_____

Before JORDAN, LUCK, and BLACK, Circuit Judges.

PER CURIAM:

Matthew Cavender, appointed counsel for Arnold Clayton in this appeal has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386

U.S. 738 (1967).  Cavender asserts that upon a review of the record, he has been unable to find any non-frivolous argument he can present in good faith from the district court's order (1) terminating Clayton's motions for a sentence reduction to the extent he sought a reduction in his imprisonment term after President Biden commuted his imprisonment term, and (2) declining to consider Clayton's request for a reduction in his supervised release term.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order is **AFFIRMED**.